IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BOYD M. BEECHER**                                                                                                     **PLAINTIFF**

V.                               **CASE NO.: 4:10CV00226 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                            **DEFENDANT**

## JUDGMENT

Boyd M. Beecher's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 7th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE